```
                                        FILED
                                    08 AUG -1 AM 11:35

                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                 BY: ECL          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 2385 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., § 1326 |
| Isaias SANCHEZ-Barriga ) | Attempted Entry After Deportation (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 30, 2008, within the Southern District of California, defendant Isaias SANCHEZ-Barriga, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF JULY 2008.

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

DOA 7/30/08   ECL

UNITED STATES OF AMERICA
        v.
ISAIAS SANCHEZ-Barriga

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to Border Patrol Agent M. Scott which is based upon the statements of the apprehending Border Patrol Agent P. Schwab that the Defendant was found and arrested on July 30, 2008, approximately two and a half miles east of Calexico, CA.

Agent Schwab was performing his assigned Border Patrol duties approximately two and a half miles east of downtown Calexico, CA Port of Entry. At approximately 4:05 p.m. the Remote Video Surveillance System (RVSS) operator observed a subject later identified as, Isaias SANCHEZ-Barriga climb over the United States/Mexico International Border Fence and illegally enter the United States. The RVSS operator maintained constant visual of SANCHEZ-Barriga as he ran north. Agent Schwab responded to the area. The RVSS operator guided Agent Schwab to the SANCHEZ-Barriga's location. Agent Schwab found SANCHEZ-Barriga and identified himself as a United States Border Patrol Agent. Agent Schwab questioned SANCHEZ-Barriga as to his immigration status. SANCHEZ-Barriga stated that he is a citizen of Mexico illegally in the United States. SANCHEZ-Barriga was arrested and transported to the Calexico Border Patrol Station for further processing.

1
2       At the Calexico Station records checks disclosed that SANCHEZ-
3  Barriga was excluded on March 3, 2007.  Record checks also revealed
4  that SANCHEZ-Barriga has an extensive criminal record.
5       There is no evidence SANCHEZ-Barriga has sought or receive
6  permission from the Attorney General or the Secretary of the
7  Department of Homeland Security to re-enter the United States.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28