**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Sanchez-Barriga

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08mj2385 |
| Plaintiff,           ) | |
| v.                                                          ) | **NOTICE OF APPEARANCE** |
| **ISAIAS SANCHEZ-BARRIGA,**     ) | |
| Defendant.       ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 12, 2008     *s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Sanchez-Barriga

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   Case No. 08mj2385
                                        )
12                  Plaintiff,          )
                                        )
13 v.                                   )   **PROOF OF SERVICE**
                                        )
14 **ISAIAS SANCHEZ-BARRIGA**,          )
                                        )
15                  Defendant.          )
                                        )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20          ASSISTANT UNITED STATES ATTORNEY
            Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 12, 2008                       s/ *James M. Chavez*
                                                JAMES M. CHAVEZ
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
25                                              (619) 687-2666  (fax)
                                                e-mail: james_chavez@fd.org
26

27

28